IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| FARM CREDIT LEASING SERVICES CORPORATION, | 8:18-CV-122 |
|---|---|
| Plaintiff, | |
| vs. | ORDER TO CLERK IN REPLEVIN |
| JEFFERY PRITCHARD, | |
| Defendant. | |

On the 29th day of March, 2018, this matter came on for hearing on the Plaintiff's request for delivery of certain property. The Plaintiff appeared before the Court in response to the Temporary Order of Replevin served on the defendant, Jeffery Pritchard, on or about March 26, 2018. Evidence was adduced, and the matter was submitted to the Court and the Court, being fully advised in the premises finds as follows:

1. That the Plaintiff is entitled, pending completion of the trial on the merits of this action, to the immediate delivery of the following described personal property:

2016 Apache Sprayer, Model AS1230, serial number 9160041

2. That the Plaintiff has raised a bona fide issue as to whether it has special ownership and interest in the above-described property, but that it appears sufficiently probable to the Court that the Plaintiff will prevail on the merits of this action, at least with respect to the above property.

3. That there is a bona fide issue as to whether the above-described property is wrongfully detained by the Defendant.

IT IS THEREFORE ORDERED that the Clerk of this Court shall issue an Order for delivery of the above-described property into the Plaintiff's possession, subject to the Plaintiff's further compliance with the law. Further, the Greeley County Sheriff is directed to obtain possession of the property described above, subject to further order of this Court.

Dated: March 30, 2018.

BY THE COURT:

John M. Gerrard
United States District Judge