## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

FARM CREDIT LEASING
SERVICES CORPORATION,

        Plaintiff,

vs.

JEFFERY PRITCHARD,

        Defendant.

8:18-CV-122

ORDER IN REPLEVIN

To the Greeley County Sheriff:

Whereas the plaintiff named above has instituted an action in this Court to recover from the defendant's possession of the following described personal property:

2016 Apache Sprayer, Model AS1230, serial number 9160041 located in Greeley County, Nebraska.

And whereas the Honorable John M. Gerrard, Judge of this Court, has directed the undersigned clerk to issue an Order for delivery of the above-described property to the Plaintiff;

Now, therefore, you are hereby commanded to take into your custody, wherever the same may be found in your county, the property above described, and deliver the same to the plaintiff at: Green Line Equipment, 4050 West Stolley Park Road, Grand Island, Nebraska, 68803; who will maintain possession until further Order of this Court.

You shall make return of this Order by the April 18, 2018.

Witness my hand and seal this 30th day of March, 2018.

Colleen C Bean

Deputy Clerk of the Court