# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FARM CREDIT LEASING SERVICES CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JEFFERY T. PRITCHARD,<br><br>　　　　Defendant. | 8:18CV122<br><br>ORDER TO SHOW CAUSE |

　　　　The records of the Court show that on June 13, 2018 (Filing No. 22) counsel was ordered to notify the undersigned magistrate judge by joint or separate letters by August 13, 2018 addressing mediation requirements. On August 14, 2018 at 10:02 a.m. Chambers emailed counsel to inquire as to the status of the mediation letter(s) and received no response. On August 15, 2018 at 9:20 a.m. Chambers emailed counsel again and received no response.

　　　　**IT IS ORDERED** that on or before August 23, 2018, counsel of record shall either comply with the Court's Order (Filing No. 22) or show cause by written affidavit why they cannot comply with the rules of the Court.

　　　　Dated this 16th day of August, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　s/ Susan M. Bazis
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge