IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| FARM CREDIT LEASING SERVICES CORP., | |
|---|---|
| Plaintiff, | 8:18-CV-122 |
| vs. | JUDGMENT |
| JEFFERY T. PRITCHARD, | |
| Defendant. | |

In accordance with the Court's Memorandum and Order of October 21, 2019 (filing 50) and the accompanying Memorandum and Order, judgment is hereby entered in favor of the plaintiff Farm Credit Leasing Services Corp., and against the defendant Jeffery T. Pritchard in the amount of $419,817.11, with post-judgment interest thereon at the rate provided by 28 U.S.C. § 1961. The Clerk is directed to award costs in this matter.

Dated this 30th day of December, 2019.

BY THE COURT:

*John M. Gerrard*

John M. Gerrard
Chief United States District Judge